CM
8/14/15

82,467 01

| | |
|---|---|
| EX PARTE: | CAUSE NO.: W99-02631-P (A) |
| STANLEY O. MOZEE | IN THE 203rd JUDICIAL DISTRICT |
| | COURT OF DALLAS COUNTY, TEXAS |

**\* \* \* \* \*   S U P P L E M E N T A L   \* \* \* \* \***

---

## POST CONVICTION WRIT OF HABEAS CORPUS

### (ART. 11.07, V. A. C. C. P.)

---

**ATTORNEY FOR APPLICANT:**

Ezekiel Tyson, Jr.
The Tyson Law Firm
342 W. Montana Avenue
Dallas, TX 75224

**ATTORNEY FOR STATE:**

HON.   SUSAN  HAWK

FRANK CROWLEY COURTHOUSE

DALLAS, TX 75207-4313

FELICIA  PITRE

DISTRICT CLERK

FRANK CROWLEY COURTHOUSE

133 N RIVERFRONT BLVD., LB 12

DALLAS, TEXAS 75207-4313

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 1 9 2015

Abel Acosta, Clerk

EX PARTE:                                    CAUSE NO:    W99-02631-P (A)

                                             IN THE 203rd JUDICIAL DISTRICT

STANLEY O. MOZEE                             COURT OF DALLAS COUNTY, TEXAS

═══════════════════════════════════════════════════════════════════════════

# S U P P L E M E N T A L

Order    (12 Feb 15)                                              Vol. 1-01
- Bond Pending

Order of Recusal    (24 Feb 15)                                  Vol. 1-02
- Judge Jennifer Bennett

Order Transferring    (02 Mar 15)                                Vol. 1-03.
- Transferred to the 195th

Writ Docket                                                      Vol. 1-04

Order of Transfer    (04 Mar 15)                                 Vol. 1-05
- 203rd

Order of Receiving    (13 Mar 15)                                Vol. 1-06
- 203rd

Post Card    (18 Mar 15)                                         Vol. 1-07
Request for Extension of Time Granted

Letter from Judge Hawthorne requesting and extension of          Vol. 1-08
Time    (14 Aug 15)

Clerk's Certificate                                              Vol. 1-10

99-02631

Cause Number: Wr-99-02631-RC(A)

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL |
| VS. | § | 265TH JUDICIAL DISTRICT COURT |
| Stanley Mozee | § | DALLAS COUNTY, TEXAS |

## ORDER

~~The Court finds that the bond in the above styled and numbered case should be: held insufficient for the following reason(s):_____; and bond to be set at/ increased to/ decreased to:_____ and it is so ORDERED.~~

The Court further Orders that, as a condition of remaining on bond pending the disposition of the case, the following restrictions shall apply. The defendant shall:

✓ remain in _Dallas_ County, Texas at all times; + surronding counties

✓ not directly nor indirectly communicate with the alleged victim or any member of the victim's family, shall not go near the residence, school, place of employment or other places frequented by the victim or family;

_____ have no contact with any minor child;

_____ abide by the following home curfew: _____

_____ be restricted to home confinement;

_____ be place on the Electronic Monitoring program to be paid for by the **defendant/ Court**;

_____ be placed on SCRAM to be paid for by the **defendant/ Court**;

✓ submit to drug testing, to-wit: via *Private Substance Facility*, If defendant leaves *private treatment* must Ua test every court settling. with Dallas County probation.

✓ not consume alcohol;

✓ not possess a deadly weapon;

_____ surrender his/her passport to the Court.

The defendant is hereby **ORDERED** to comply with the above-named conditions of bond or be subject to forfeiture and incarceration.

Signed this 12th day of February, 2015.

_____
JUDGE PRESIDING
265TH JUDICIAL DISTRICT COURT

_____
ASSISTANT DISTRICT ATTORNEY

_____
DEFENSE ATTORNEY

FILED 2015 FEB 12 PM 4:29

01

WRIT NO. W99-02631-R(A)
TRIAL CAUSE NO. F99-02631-R

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 265th JUDICIAL |
| V. | § | DISTRICT COURT |
| STANLEY ORSON MOZEE | § | DALLAS COUNTY, TEXAS |

## ORDER OF RECUSAL

The Court, on the Court's own motion, has determined that this matter should be considered by another district court judge and that recusal is appropriate in this case;

**IT IS THEREFORE ORDERED** that Jennifer Bennett, presiding judge of the 265th Judicial District Court, does hereby voluntarily recuse herself from hearing any matter in this case and refers this cause to the Presiding Judge of the First Administrative Judicial Region for assignment.

The Clerk of the Court shall immediately transmit a copy of this Order to Judge Mary Murphy, Presiding Judge of the First Administrative Judicial Region, to the Defendant, and to counsel for the State.

**SIGNED AND DATED** this 24th day of February, 2015.

_____
JUDGE JENNIFER BENNETT
265TH JUDICIAL DISTRICT COURT
DALLAS COUNTY, TEXAS

2

WRIT NO. W99-02631-R(A)
TRIAL CAUSE NO. F99-02631-R

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 265TH JUDICIAL |
| | § | |
| | § | |
| V. | § | DISTRICT COURT |
| | § | |
| | § | |
| STANLEY ORSON MOZEE | § | DALLAS COUNTY, TEXAS |

## ORDER TRANSFERRING

Based on a recusal, this case is transferred to the 195th Judicial District Court of Dallas County, Texas.

IT IS SO ORDERED.

Signed this 2 day of March, 2015.

_____
MARY MURPHY, Presiding Judge
First Administrative Judicial Region

ORDER TRANSFERRING – Page 1 of 1

3

**TRIAL DOCKET - CRIMINAL DISTRICT COURT - DALLAS COUNTY, TEXAS**

BAIL STATUS: JAIL

NO. W99-02631(A)

4

| STATE OF TEXAS | ATTORNEYS | OFFENSE | DATE OF FILING |
|---|---|---|---|
| STANLEY ORSON MOZEE | | | |

| DATE OF ORDER | ORDER OF COURT |
|---|---|
| MAR 04 2015 | Transfer to 203rd per Judge Hawthorne - 681/336 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# ORDER OF TRANSFER

Date <u>March 4, 2015</u>

On this, the <u>4TH</u> day of <u>March</u> A.D. <u>2015</u>, it is the order of the Judge of the <u>JUDICIAL</u> District Court <u>195th</u> Dallas County, that the following causes be and the same are hereby transferred to <u>JUDICIAL</u> District Court <u>203rd</u> in and of Dallas County, Texas, for trial and final adjudication:

| Cause # | 'State of Texas vs. | Offense |
|---|---|---|
| W9902631A | MOZEE STANLEY | WRIT |

5

# ORDER OF RECEIVING

Date <u>March 13, 2015</u>

On this, the <u>13</u><sup>th</sup> day of <u>March</u> A.D. <u>2015</u>, it is the order of the Judge of the <u>JUDICIAL</u> District Court <u>203rd</u> Dallas County, that the following causes be and the same are hereby received from <u>JUDICIAL</u> District Court <u>195th</u> in and of Dallas County, Texas, for trial and final adjudication:

| Cause # | State of Texas vs. | Offense |
|---|---|---|
| W99-02631-A | Stanley Orson Mozee | WRIT |

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

$ 00.26

**3/18/2015**
**MOZEE, STANLEY ORSON   Tr. Ct. No. W99-02631-R(A)         WR-82,467-01**
On this day, this Court has granted the trial court's request for an extension of time to file the supplemental record.  The supplemental record is due in this Court on Monday, August 31, 2015.

Abel Acosta, Clerk

PRESIDING JUDGE  265TH DISTRICT COURT
133 N. RIVERFRONT BOULEVARD, LOCK BOX 30
DALLAS, TX  75207

BAWBS3B   75207



**TERESA HAWTHORNE**
**State District Judge**
**203rd Judicial District Court**

*Grant*

*9/1/15*

Yolanda Baker
Court Coordinator
214-653-5822

Lisabeth Kellett
Court Reporter
214-653-5823

August 12, 2015

Texas Court of Criminal Appeals
P. O. Box 12308
Austin, Texas   78711

RE:   *Ex Parte Dennis Lee Allen*
No. WR-56,666-03; W00-01305-(B)

*Ex Parte Stanley Orson Mozee*
No. WR-82,467-01; W99-02631-(A)

Dear Honorable Judges of the Court of Criminal Appeals:.

The Court of Criminal Appeals previously granted an extension of time to file the supplemental record on these cases to August 31, 2015. We have determined additional time is needed to complete the hearing and have the supplemental record by that date. Therefore, I request an extension to October 31, 2015, to provide the Court of Criminal Appeals with this supplemental record.

The supplemental information requested in this case will require a full evidentiary hearing before the Court. The parties have informed the Court they need this additional time to prepare for and conduct this hearing. The reasons the parties need this additional time are:

1.   The State is represented in this case by the Dallas County District Attorney's Office's Conviction Integrity Unit. The attorneys in this unit who are responsible for representing the State are Patricia Cummings and Cynthia Garza. Ms. Cummings is new to the District Attorney's Office, having started her job as Chief of the Conviction Integrity Unit on July 6, 2015. Additionally, Cynthia Garza was out on maternity leave, and found it necessary to extend her leave to past the original date she expected to return. Ms. Garza has just recently returned to work fulltime on July 20, 2015.

**8**

Frank Crowley Courts Building, 7th Floor
133 N. Riverfront Blvd., LB-28
Dallas, Texas 75207-4399

Phone: 214-653-5820
Fax: 214-653-2896

2.      Gary A. Udashen is representing Mr. Allen on behalf of the Innocence Project of Texas. Mr. Udashen has informed the court that he also needs additional time to prepare for this hearing. In addition to various trial and appellate matters, in the months of July and August, Mr. Udashen has been course director for the State Bar Advanced Criminal Law Course, as well as course director for the Texas Criminal Defense Lawyers Association/Innocence Project of Texas Innocence Seminar.

3.      Lead counsel for Mr. Mozee is Nina Morrison of the National Innocence Project based in New York. Ms. Morrison handles cases around the country and needs additional time, once a hearing date is set, to make arrangements to be in Dallas for this hearing.

4.      Once the parties have completed their preparation for this hearing, the court will need to clear some time on its trial docket to conduct this hearing.

        In light of the aforementioned, this Court requests an extension of time until October 31, 2015, to resolve the issues.

                                          Yours very truly,

                                          Honorable Teresa Hawthorne
                                          Presiding Judge, 203rd Judicial District Court

JOINED BY THE PARTIES:

Cynthia R. Garza
Patricia Cummings
Assistant District Attorneys
*Attorneys for the State*

Gary A. Udashen
Sorrels, Udashen & Anton
*Attorney for Dennis Lee Allen*

Ezekiel Tyson, Jr.
The Tyson Law Firm
Nina Morrison
Innocence Project, Inc.
*Attorneys for Stanley Orson Mozee*

9

**The State of Texas** §
§
**County of Dallas** §


I, Felicia Pitre, Clerk of the District Courts of Dallas County, Texas, do hereby certify that the documents contained in this record to which this certification is attached are all of the documents specified by Texas Rule of Appellate Procedure 34.5(a) or Code of Criminal Procedure Section 11.07(3)(a) including all other documents timely requested by a party to this proceeding under Texas Rule of Appellate Procedure 34.5(b), and that have been filed with the trial court clerk, and unless otherwise indicated in this record.


**GIVEN UNDER MY HAND AND SEAL** at my office in Dallas County, Texas, on this <u>August 14, 2015</u>.




Clerk Signature:   *Ana McDaniel*

Name                    ANA McDANIEL
                           Deputy District Clerk


**10**